UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KYLE O'CONNOR, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

EASTWOOD AUTOMOTIVE GROUP, LLC.,

   *Defendant*.
_____/

Case No. 3:25-CV-01320-KAD

## NOTICE OF SETTLEMENT

Plaintiff, Kyle O'Connor, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: January 16, 2026

Respectfully Submitted,

**REARDON SCANLON LLP**

*/s/ James J. Reardon, Jr.*
James J. Reardon, Jr (ct13802)
James.reardon@reardonscanlon.com
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: 860-955-94-55

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

        **REARDON SCANLON LLP**
        45 South Main Street, 3rd Floor
        West Hartford, CT 06107
        Telephone (860) 955-9455

By:    */s/ James J, Reardon, Jr.*
       James J. Reardon, Jr.
       CT Bar No # 13802

       *Counsel for Plaintiff*